**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| MIKE VEGA, on Behalf of Himself and All Others Similarly Situated, <br><br>  Plaintiff, <br><br> v. <br><br> ENERGY TRANSFER LP, KELCY L. WARREN, THOMAS E. LONG, MARSHALL S. MCCREA III, BRADFORD DICKERSON WHITEHURST, AND JOHN W. MCREYNOLDS, <br><br>  Defendants. |

Case No.: 1:22-cv-04614-AKH

Hon. Alvin K. Hellerstein

### DECLARATION OF ADAM M. APTON IN SUPPORT OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF <u>SELECTION OF COUNSEL</u>

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant the Police and Fire Retirement System of the City of Detroit ("Detroit P&F") and proposed Lead Counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of Detroit P&F'S motion for appointment as Lead Plaintiff and approval of its selection of Levi & Korsinsky as Lead Counsel for the Class.

3. Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**: PSLRA Certification signed by Executive Director, David Cetlinski, on behalf of Detroit P&F, attesting to its transactions of Energy Transfer LP (the "Partnership", "Energy Transfer", or the "Company") stock;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Detroit P&F as a result of its transactions in Energy Transfer stock;

**Exhibit C**:    Press Release published June 3, 2022, on *AccessWire,* announcing the pendency of the securities class action against defendants herein: *Vega v. Energy Transfer LP, et. al.,* Case No. 1:22-cv-04614-AKH; and

**Exhibit D**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: August 2, 2022                                    Respectfully Submitted,

                                                        **LEVI & KORSINSKY, LLP**

                                                        By: */s/ Adam M. Apton*
                                                        Adam M. Apton (AS-8383)
                                                        55 Broadway, 10th Floor
                                                        New York, NY 10006
                                                        Tel: (212) 363-7500
                                                        Fax: (212) 363-7171
                                                        Email: aapton@zlk.com

                                                        *Lead Counsel for the Police and Fire Retirement System of the City of Detroit and [Proposed] Lead Counsel for the Class*