# EXHIBIT A

## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, David Cetlinski, on behalf of the Police and Fire Retirement System of the City of Detroit ("Detroit P&F"), hereby certify as to the claims asserted under the federal securities laws, that:

1. I serve as the Executive Director of Detroit P&F. In that capacity, I am authorized to act on behalf of Detroit P&F, including executing this certification.

2. I have reviewed the class action complaint filed in the action against Energy Transfer LP, styled *Vega v. Energy Transfer LP, et al.*, No. 1:22-cv-04614 (S.D.N.Y.). Detroit P&F has authorized the filing of a motion for appointment as lead plaintiff in the action.

3. Detroit P&F did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

4. Detroit P&F is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

5. Detroit P&F's transactions in the Energy Transfer LP securities that are the subject of this action are set forth in the chart attached hereto as Schedule A.

6. Detroit P&F has served or sought to serve as a lead plaintiff or representative party on behalf of a class in the following private actions under the Securities Act of 1933 or the Securities Exchange Act of 1934 during the three-year period preceding this Certification:

   - *Allegheny County Employees' Retirement System v. Energy Transfer LP, et al.*, No. 20-cv-00200 (E.D. Pa.)

   - *Logan v. Propetro Holding Corp., et al.*, No. 19-cv-00217 (W.D. Tex.)

   - *Glavan v. Revolution Lighting Technologies, Inc., et al.*, No. 19-cv-00980 (S.D.N.Y.)

   - *Einhorn v. AxoGen, Inc., et al.*, No. 19-cv-0069 (M.D. Fla.)

7. Detroit P&F will not accept any payments for serving as a representative party on behalf of the Class beyond Detroit P&F's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of __July__, 2022.

_____
David Cetlinski
Executive Director
*Police and Fire Retirement System of the City of Detroit*

Account 1

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 04-17-2017 | P | 718 | $ 18.5950 |
| 05-01-2017 | P | 724 | $ 18.6550 |
| 05-08-2017 | P | 690 | $ 17.5815 |
| 05-12-2017 | P | 5677 | $ 18.6898 |
| 05-16-2017 | P | 1696 | $ 18.8161 |
| 05-17-2017 | P | 2093 | $ 18.6065 |
| 05-19-2017 | P | 455 | $ 18.3746 |
| 05-25-2017 | P | 4476 | $ 18.2609 |
| 05-26-2017 | P | 3974 | $ 18.0635 |
| 05-31-2017 | S | -748 | $ 16.7450 |
| 06-02-2017 | P | 3070 | $ 17.1450 |
| 06-14-2017 | P | 2166 | $ 16.2082 |
| 06-15-2017 | P | 2031 | $ 15.9065 |
| 06-15-2017 | P | 2113 | $ 15.9500 |
| 06-15-2017 | P | 2650 | $ 15.8769 |
| 06-15-2017 | P | 5616 | $ 15.9088 |
| 06-16-2017 | P | 3674 | $ 16.3108 |
| 06-19-2017 | P | 1633 | $ 16.0059 |
| 06-21-2017 | P | 5494 | $ 15.1974 |
| 06-22-2017 | P | 3080 | $ 15.1980 |
| 06-23-2017 | P | 5845 | $ 15.8449 |
| 06-26-2017 | P | 1258 | $ 16.2450 |
| 06-26-2017 | P | 9414 | $ 16.3114 |
| 06-27-2017 | P | 653 | $ 16.6000 |
| 06-27-2017 | P | 4103 | $ 16.5008 |
| 06-28-2017 | P | 680 | $ 16.6800 |
| 06-28-2017 | P | 9071 | $ 17.1244 |
| 06-29-2017 | P | 1770 | $ 17.7191 |
| 06-30-2017 | P | 3549 | $ 17.9739 |
| 07-05-2017 | P | 1089 | $ 17.6317 |
| 07-11-2017 | P | 3287 | $ 17.9024 |
| 07-13-2017 | P | 2074 | $ 17.8393 |
| 07-14-2017 | P | 4297 | $ 17.9701 |
| 07-18-2017 | P | 194 | $ 17.9755 |
| 07-24-2017 | P | 3845 | $ 17.5799 |
| 07-25-2017 | P | 2006 | $ 17.9631 |
| 07-31-2017 | P | 7547 | $ 17.6544 |
| 08-09-2017 | S | -673 | $ 17.5584 |
| 08-16-2017 | P | 931 | $ 17.1093 |
| 09-28-2017 | P | 1085 | $ 17.4050 |
| 10-16-2017 | P | 2746 | $ 17.8200 |
| 11-07-2017 | P | 181 | $ 18.1700 |
| 11-16-2017 | P | 844 | $ 16.6450 |
| 12-22-2017 | P | 1959 | $ 16.9450 |

| 01-03-2018 | P | 1713 | $ 17.9200 |
| 01-10-2018 | P | 404 | $ 17.3182 |
| 01-19-2018 | S | -35359 | $ 17.8350 |
| 02-08-2018 | P | 995 | $ 17.1319 |
| 02-15-2018 | P | 54 | $ 17.4550 |
| 02-27-2018 | P | 1771 | $ 16.1550 |
| 03-12-2018 | P | 1062 | $ 15.5473 |
| 03-15-2018 | P | 14584 | $ 14.3712 |
| 04-16-2018 | P | 428 | $ 14.9450 |
| 04-30-2018 | P | 3255 | $ 15.6900 |
| 05-23-2018 | S | -2084 | $ 17.1650 |
| 05-25-2018 | P | 539 | $ 16.7150 |
| 07-03-2018 | S | -1648 | $ 17.4850 |
| 08-07-2018 | S | -66 | $ 19.0773 |
| 08-21-2018 | P | 2667 | $ 18.2850 |
| 09-04-2018 | S | -3323 | $ 17.5850 |
| 09-11-2018 | S | -783 | $ 17.7338 |
| 09-12-2018 | S | -756 | $ 17.7480 |
| 09-13-2018 | S | -755 | $ 17.5674 |
| 09-17-2018 | S | -1046 | $ 17.4250 |
| 09-19-2018 | S | -449 | $ 17.5565 |
| 10-01-2018 | S | -1529 | $ 17.5850 |
| 10-02-2018 | S | -212 | $ 18.0071 |
| 10-03-2018 | S | -204 | $ 17.9269 |
| 10-05-2018 | S | -3010 | $ 17.5700 |
| 10-12-2018 | S | -2038 | $ 16.8750 |
| 10-17-2018 | S | -587 | $ 17.0326 |
| 10-19-2018 | P | 533095 | $ 17.0600 |
| 11-05-2018 | S | -288 | $ 15.9173 |
| 11-14-2018 | S | -1775 | $ 15.2200 |
| 11-15-2018 | P | 75 | $ 14.7651 |
| 12-03-2018 | S | -1395 | $ 15.0201 |
| 12-24-2018 | P | 979 | $ 12.0650 |
| 01-03-2019 | S | -375 | $ 13.3550 |
| 01-08-2019 | S | -10554 | $ 14.5313 |
| 01-10-2019 | S | -8377 | $ 14.9850 |
| 01-14-2019 | S | -704 | $ 14.8750 |
| 01-15-2019 | S | -316 | $ 14.8502 |
| 01-24-2019 | S | -148 | $ 14.2580 |
| 01-25-2019 | S | -740 | $ 14.2454 |
| 01-29-2019 | P | 2087 | $ 14.3749 |
| 02-01-2019 | S | -2149 | $ 14.9947 |
| 02-01-2019 | S | -2039 | $ 15.0000 |
| 02-05-2019 | S | -474 | $ 15.1600 |
| 02-05-2019 | S | -403 | $ 15.1800 |
| 02-12-2019 | S | -161 | $ 14.5733 |
| 02-19-2019 | S | -2986 | $ 15.4000 |

| | | | |
|---|---|---|---|
| 02-19-2019 | S | -1463 | $ 15.2550 |
| 02-19-2019 | S | -450 | $ 15.2500 |
| 02-19-2019 | S | -182 | $ 15.3207 |
| 02-20-2019 | S | -1827 | $ 15.5600 |
| 02-21-2019 | S | -1602 | $ 15.6100 |
| 02-25-2019 | S | -3254 | $ 15.4627 |
| 02-28-2019 | S | -1233 | $ 14.9000 |
| 03-11-2019 | S | -5830 | $ 15.2057 |
| 03-14-2019 | S | -2036 | $ 15.2500 |
| 03-18-2019 | S | -861 | $ 15.2300 |
| 04-02-2019 | S | -1004 | $ 15.6600 |
| 04-03-2019 | S | -2281 | $ 15.6100 |
| 04-04-2019 | S | -3148 | $ 15.5500 |
| 04-05-2019 | S | -7257 | $ 15.6017 |
| 04-08-2019 | S | -1620 | $ 15.8000 |
| 04-10-2019 | S | -675 | $ 15.4600 |
| 04-11-2019 | S | -771 | $ 15.5000 |
| 04-15-2019 | S | -798 | $ 15.5400 |
| 04-16-2019 | S | -3135 | $ 15.5073 |
| 04-22-2019 | S | -1368 | $ 15.5000 |
| 04-26-2019 | S | -280 | $ 15.2900 |
| 05-02-2019 | S | -1394 | $ 15.1950 |
| 05-03-2019 | S | -1154 | $ 15.3111 |
| 05-06-2019 | S | -283 | $ 15.1602 |
| 05-10-2019 | S | -1517 | $ 15.1900 |
| 05-14-2019 | S | -3276 | $ 14.9100 |
| 06-12-2019 | S | -36 | $ 14.3650 |
| 06-24-2019 | S | -4343 | $ 14.3450 |
| 06-26-2019 | S | -737 | $ 14.1834 |
| 06-28-2019 | S | -1051 | $ 13.9450 |
| 07-02-2019 | S | -1429 | $ 14.1050 |
| 07-10-2019 | S | -840 | $ 14.8038 |
| 07-11-2019 | S | -698 | $ 14.8764 |
| 07-12-2019 | S | -645 | $ 14.8741 |
| 07-15-2019 | S | -1960 | $ 14.8816 |
| 07-16-2019 | S | -1430 | $ 14.9727 |
| 09-25-2019 | P | 3211 | $ 13.1650 |
| 11-08-2019 | S | -5742 | $ 12.1500 |
| 11-20-2019 | P | 5703 | $ 11.3650 |
| 11-21-2019 | P | 3483 | $ 11.9044 |
| 11-29-2019 | S | -306 | $ 11.7950 |
| 12-03-2019 | P | 3208 | $ 11.6050 |
| 12-04-2019 | P | 1359 | $ 11.3650 |
| 12-19-2019 | P | 2054 | $ 13.0000 |
| 12-27-2019 | P | 11819 | $ 13.1250 |
| 01-08-2020 | S | -2197 | $ 13.6050 |
| 01-09-2020 | S | -2156 | $ 13.4050 |

| Date | Type | Shares | Price |
|---|---|---|---|
| 01-10-2020 | S | -1760 | $ 13.3350 |
| 01-27-2020 | P | 2622 | $ 12.4650 |
| 02-20-2020 | P | 535 | $ 12.7850 |
| 02-21-2020 | P | 1166 | $ 12.4500 |
| 02-24-2020 | P | 1541 | $ 11.7500 |
| 02-24-2020 | P | 1586 | $ 11.6008 |
| 02-25-2020 | P | 2184 | $ 11.7000 |
| 02-25-2020 | P | 9959 | $ 11.2750 |
| 02-26-2020 | P | 1237 | $ 11.2200 |
| 03-02-2020 | P | 802 | $ 11.3950 |
| 03-04-2020 | P | 1539 | $ 11.4550 |
| 03-19-2020 | P | 27261 | $ 05.3114 |
| 03-20-2020 | P | 4623 | $ 05.4950 |
| 03-24-2020 | S | -6303 | $ 05.0100 |
| 03-25-2020 | S | -9466 | $ 04.8179 |
| 03-25-2020 | S | -3832 | $ 05.1157 |
| 03-26-2020 | S | -12231 | $ 04.9835 |
| 03-26-2020 | S | -1480 | $ 05.0658 |
| 03-26-2020 | S | -4630 | $ 05.0800 |
| 03-27-2020 | S | -14205 | $ 04.8744 |
| 03-27-2020 | S | -5529 | $ 04.8100 |
| 03-30-2020 | S | -6171 | $ 04.5100 |
| 03-31-2020 | S | -28486 | $ 04.5650 |
| 03-31-2020 | S | -29393 | $ 04.5650 |
| 04-07-2020 | P | 347 | $ 05.8500 |
| 04-17-2020 | S | -5628 | $ 06.0084 |
| 04-20-2020 | S | -6430 | $ 06.2850 |
| 04-24-2020 | P | 352 | $ 07.2650 |
| 04-29-2020 | S | -950 | $ 07.8140 |
| 04-30-2020 | S | -1830 | $ 08.4298 |
| 04-30-2020 | S | -12380 | $ 08.5458 |
| 05-01-2020 | S | -8811 | $ 08.0500 |
| 05-01-2020 | S | -3006 | $ 07.8550 |
| 05-04-2020 | S | -8417 | $ 07.9148 |
| 05-05-2020 | S | -23093 | $ 08.1860 |
| 05-07-2020 | S | -8362 | $ 07.7900 |
| 05-07-2020 | S | -883 | $ 07.7245 |
| 05-08-2020 | S | -12329 | $ 07.5793 |
| 05-08-2020 | S | -4179 | $ 07.6400 |
| 05-08-2020 | S | -1031 | $ 07.5883 |
| 05-11-2020 | S | -12485 | $ 07.5600 |
| 05-12-2020 | S | -14711 | $ 07.7558 |
| 05-15-2020 | S | -5148 | $ 07.0503 |
| 05-18-2020 | S | -2596 | $ 07.8481 |
| 05-22-2020 | S | -391 | $ 08.1339 |
| 05-27-2020 | S | -2922 | $ 08.2638 |
| 05-28-2020 | S | -3267 | $ 08.2800 |

| | | | |
|---|---|---|---|
| 05-28-2020 | S | -4436 | $ 08.4550 |
| 05-29-2020 | S | -9455 | $ 08.1590 |
| 06-03-2020 | S | -6123 | $ 08.5100 |
| 06-04-2020 | S | -2496 | $ 08.6300 |
| 06-05-2020 | S | -2146 | $ 09.2900 |
| 06-08-2020 | S | -8538 | $ 09.4200 |
| 06-09-2020 | S | -2540 | $ 09.1400 |
| 06-24-2020 | S | -1791 | $ 07.6068 |
| 06-25-2020 | S | -3148 | $ 07.4100 |
| 06-25-2020 | S | -1996 | $ 07.4400 |
| 06-30-2020 | S | -7218 | $ 07.0250 |
| 07-02-2020 | S | -2710 | $ 07.0400 |
| 07-06-2020 | S | -17486 | $ 06.3738 |
| 07-06-2020 | S | -17396 | $ 06.4199 |
| 07-06-2020 | S | -23052 | $ 06.1804 |
| 07-15-2020 | S | -3656 | $ 06.6200 |
| 07-16-2020 | S | -4346 | $ 06.5900 |
| 07-16-2020 | S | -17369 | $ 06.6349 |
| 07-17-2020 | S | -6055 | $ 06.5800 |
| 07-22-2020 | S | -10375 | $ 06.6420 |
| 07-23-2020 | S | -5452 | $ 06.5800 |
| 07-28-2020 | S | -8652 | $ 06.3800 |
| 08-04-2020 | S | -730 | $ 06.7450 |
| 08-05-2020 | P | 2261 | $ 07.2285 |
| 08-10-2020 | S | -3357 | $ 06.5000 |
| 08-12-2020 | P | 116 | $ 06.5650 |
| 08-13-2020 | S | -862 | $ 06.5500 |
| 08-14-2020 | S | -601 | $ 06.6031 |
| 09-22-2020 | S | -906 | $ 05.8850 |
| 09-29-2020 | S | -3539 | $ 05.5450 |
| 11-05-2020 | S | -5815 | $ 05.3443 |
| 11-10-2020 | S | -9261 | $ 05.5240 |
| 11-11-2020 | S | -4640 | $ 05.3656 |
| 11-12-2020 | S | -6262 | $ 05.2473 |
| 11-13-2020 | S | -7123 | $ 05.3937 |
| 11-13-2020 | S | -16371 | $ 05.3872 |
| 11-16-2020 | S | -128 | $ 05.4639 |
| 11-16-2020 | S | -7834 | $ 05.4924 |
| 11-17-2020 | S | -9561 | $ 05.5398 |
| 11-20-2020 | S | -8798 | $ 06.1139 |
| 11-30-2020 | P | 1875 | $ 06.2050 |
| 11-30-2020 | P | 4134 | $ 06.2450 |
| 12-29-2020 | S | -3299 | $ 06.1750 |
| 01-11-2021 | P | 1079 | $ 06.7950 |
| 02-26-2021 | P | 3389 | $ 07.8350 |
| 03-02-2021 | P | 218 | $ 07.9900 |
| 03-03-2021 | P | 2909 | $ 08.0000 |

| Date | Type | Quantity | Price |
|---|---|---|---|
| 03-03-2021 | P | 1795 | $ 08.0350 |
| 03-04-2021 | P | 1118 | $ 07.8850 |
| 03-05-2021 | P | 1107 | $ 08.0750 |
| 03-08-2021 | P | 1112 | $ 08.1200 |
| 03-08-2021 | P | 2663 | $ 08.1000 |
| 03-12-2021 | P | 2422 | $ 08.4485 |
| 03-15-2021 | P | 13909 | $ 08.3509 |
| 03-16-2021 | P | 1276 | $ 08.0993 |
| 03-17-2021 | P | 965 | $ 08.1165 |
| 03-18-2021 | P | 3915 | $ 07.9468 |
| 03-23-2021 | P | 2929 | $ 07.7350 |
| 03-24-2021 | P | 3386 | $ 07.8650 |
| 03-25-2021 | P | 821 | $ 07.7050 |
| 03-26-2021 | P | 404 | $ 07.8450 |
| 03-26-2021 | P | 442 | $ 07.7550 |
| 03-30-2021 | P | 506 | $ 07.6898 |
| 04-08-2021 | P | 973 | $ 07.8457 |
| 04-09-2021 | P | 293 | $ 08.0011 |
| 04-12-2021 | P | 1465 | $ 08.0367 |
| 04-13-2021 | P | 942 | $ 08.0057 |
| 04-14-2021 | P | 3941 | $ 08.0049 |
| 04-15-2021 | P | 1122 | $ 08.0261 |
| 04-20-2021 | P | 2240 | $ 07.8200 |
| 04-20-2021 | P | 2216 | $ 07.8776 |
| 04-21-2021 | P | 3244 | $ 07.9518 |
| 04-23-2021 | P | 2750 | $ 08.0772 |
| 04-26-2021 | P | 3226 | $ 08.1920 |
| 04-27-2021 | P | 1734 | $ 08.3376 |
| 04-28-2021 | P | 3123 | $ 08.6072 |
| 04-28-2021 | P | 1033 | $ 08.6250 |
| 04-29-2021 | P | 4497 | $ 08.7600 |
| 04-30-2021 | P | 10345 | $ 08.6723 |
| 05-03-2021 | P | 1814 | $ 08.5903 |
| 05-04-2021 | P | 14810 | $ 08.8087 |
| 05-05-2021 | P | 6790 | $ 08.9653 |
| 05-05-2021 | P | 4931 | $ 09.0300 |
| 05-06-2021 | P | 4667 | $ 08.9700 |
| 05-06-2021 | P | 12390 | $ 09.0440 |
| 05-07-2021 | P | 2952 | $ 09.7721 |
| 05-10-2021 | P | 2959 | $ 09.7659 |
| 05-11-2021 | P | 4934 | $ 09.4965 |
| 05-12-2021 | P | 475 | $ 09.6450 |
| 05-12-2021 | P | 2734 | $ 09.9166 |
| 05-13-2021 | P | 3212 | $ 09.8465 |
| 05-14-2021 | P | 1010 | $ 10.2445 |
| 05-17-2021 | P | 3934 | $ 10.4286 |
| 05-18-2021 | P | 8591 | $ 10.3354 |

| | | | |
|---|---|---|---|
| 05-19-2021 | P | 2974 | $ 10.0500 |
| 05-19-2021 | P | 3976 | $ 09.9400 |
| 05-20-2021 | P | 3035 | $ 09.9700 |
| 05-20-2021 | P | 5529 | $ 10.0226 |
| 05-21-2021 | P | 532 | $ 10.1250 |
| 05-21-2021 | P | 3945 | $ 10.0500 |
| 05-24-2021 | P | 1336 | $ 10.2650 |
| 05-24-2021 | P | 10196 | $ 10.2900 |
| 05-24-2021 | P | 669 | $ 10.2933 |
| 05-25-2021 | P | 4957 | $ 10.0014 |
| 05-26-2021 | P | 10820 | $ 09.9550 |
| 05-26-2021 | P | 332 | $ 09.9983 |
| 05-27-2021 | P | 4350 | $ 10.0650 |
| 05-28-2021 | P | 3458 | $ 09.9723 |
| 06-01-2021 | P | 2892 | $ 10.2433 |
| 06-02-2021 | P | 4087 | $ 10.4922 |
| 06-03-2021 | P | 2805 | $ 10.3650 |
| 06-04-2021 | P | 3024 | $ 10.5400 |
| 06-04-2021 | P | 2017 | $ 10.7770 |
| 06-07-2021 | P | 2670 | $ 10.8945 |
| 06-07-2021 | P | 7765 | $ 10.8440 |
| 06-08-2021 | P | 5186 | $ 10.8326 |
| 06-08-2021 | P | 3631 | $ 10.8100 |
| 06-09-2021 | P | 3794 | $ 10.9000 |
| 06-09-2021 | P | 1403 | $ 10.9149 |
| 06-14-2021 | P | 3678 | $ 11.4050 |
| 06-18-2021 | P | 2328 | $ 10.5434 |
| 06-18-2021 | S | -81456 | $ 10.6950 |
| 06-21-2021 | P | 3541 | $ 10.9015 |
| 06-22-2021 | P | 3283 | $ 10.8791 |
| 06-23-2021 | P | 1491 | $ 11.0650 |
| 06-23-2021 | P | 2277 | $ 11.0107 |
| 06-25-2021 | P | 1009 | $ 10.8039 |
| 06-28-2021 | S | -2043 | $ 10.4650 |
| 07-01-2021 | P | 740 | $ 10.6074 |
| 07-02-2021 | P | 581 | $ 10.6521 |
| 07-07-2021 | P | 2197 | $ 10.4898 |
| 07-08-2021 | P | 2267 | $ 10.3419 |
| 07-09-2021 | P | 8988 | $ 10.6260 |
| 07-12-2021 | P | 665 | $ 10.4923 |
| 07-13-2021 | P | 264 | $ 10.3575 |
| 07-14-2021 | P | 1127 | $ 10.1338 |
| 07-15-2021 | P | 879 | $ 09.8830 |
| 07-16-2021 | P | 1336 | $ 09.7694 |
| 07-19-2021 | P | 6566 | $ 09.1910 |
| 07-20-2021 | P | 2234 | $ 09.6400 |
| 07-21-2021 | P | 2395 | $ 10.1195 |

| | | | |
|---|---|---|---|
| 07-21-2021 | P | 2125 | $ 09.9500 |
| 07-22-2021 | P | 2121 | $ 10.0000 |
| 07-23-2021 | P | 1599 | $ 09.8250 |
| 07-26-2021 | P | 168 | $ 09.9600 |
| 07-29-2021 | P | 1087 | $ 09.9757 |
| 08-02-2021 | P | 2238 | $ 09.8568 |
| 08-03-2021 | P | 2230 | $ 09.6250 |
| 08-04-2021 | P | 4458 | $ 09.3759 |
| 08-05-2021 | P | 3789 | $ 09.3221 |
| 08-06-2021 | P | 1414 | $ 09.2650 |
| 08-09-2021 | P | 446 | $ 09.1796 |
| 08-10-2021 | P | 2230 | $ 09.3721 |
| 08-11-2021 | P | 2230 | $ 09.4468 |
| 08-12-2021 | P | 2230 | $ 09.5459 |
| 08-13-2021 | P | 892 | $ 09.6139 |
| 08-16-2021 | P | 1408 | $ 09.5066 |
| 08-17-2021 | P | 1604 | $ 09.5008 |
| 08-17-2021 | P | 1543 | $ 09.5300 |
| 08-18-2021 | P | 4033 | $ 09.1321 |
| 08-19-2021 | P | 1992 | $ 08.8530 |
| 08-20-2021 | P | 442 | $ 09.1398 |
| 08-23-2021 | P | 2449 | $ 09.2593 |
| 08-26-2021 | P | 1170 | $ 09.3350 |
| 08-27-2021 | P | 878 | $ 09.4550 |
| 09-21-2021 | P | 1335 | $ 08.6850 |
| 09-28-2021 | P | 608 | $ 09.7750 |
| 09-30-2021 | P | 437 | $ 09.5658 |
| 10-05-2021 | P | 196 | $ 10.0650 |
| 10-11-2021 | P | 781 | $ 09.9460 |
| 10-15-2021 | P | 37 | $ 09.9751 |
| 10-18-2021 | P | 202 | $ 10.1150 |
| 10-25-2021 | S | -120 | $ 09.9500 |
| 10-25-2021 | P | 67 | $ 09.8351 |
| 11-09-2021 | P | 1447 | $ 09.2950 |
| 11-11-2021 | P | 4120 | $ 09.2050 |
| 11-16-2021 | P | 1379 | $ 09.3950 |
| 11-17-2021 | P | 6784 | $ 09.0814 |
| 11-19-2021 | P | 1552 | $ 08.7150 |
| 11-22-2021 | P | 3358 | $ 08.7350 |
| 11-29-2021 | P | 2733 | $ 08.6200 |
| 11-29-2021 | P | 3960 | $ 08.6300 |
| 11-29-2021 | P | 11855 | $ 08.6500 |
| 11-30-2021 | P | 538 | $ 08.5300 |
| 12-06-2021 | P | 33392 | $ 08.1800 |
| 12-08-2021 | P | 73468 | $ 07.6500 |
| 12-10-2021 | S | -621 | $ 08.6200 |
| 12-10-2021 | P | 1462 | $ 08.4800 |

| 12-13-2021 | P | 3915 | $ 08.2500 |
| 12-14-2021 | P | 3880 | $ 08.2300 |
| 12-15-2021 | P | 2433 | $ 08.1600 |
| 12-16-2021 | P | 3812 | $ 08.4800 |
| 12-20-2021 | P | 1463 | $ 08.2300 |

Account 2

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 06-27-2017 | S | -19481 | $ 16.6006 |
| 11-10-2017 | P | 28700 | $ 17.4892 |
| 11-13-2017 | P | 7600 | $ 17.0816 |
| 11-13-2017 | P | 29626 | $ 16.7383 |
| 12-15-2017 | P | 24015 | $ 16.7513 |
| 12-18-2017 | P | 6004 | $ 17.3310 |
| 01-08-2018 | P | 1277 | $ 17.3432 |
| 01-09-2018 | P | 3236 | $ 17.2615 |
| 01-10-2018 | P | 1204 | $ 17.3775 |
| 01-19-2018 | S | -21498 | $ 17.9363 |
| 01-23-2018 | S | -15939 | $ 18.3185 |
| 02-07-2018 | S | -1970 | $ 17.1837 |
| 03-02-2018 | P | 8361 | $ 15.6300 |
| 03-27-2018 | P | 4273 | $ 14.2142 |
| 03-28-2018 | P | 4273 | $ 14.3592 |
| 04-03-2018 | P | 6719 | $ 14.0238 |
| 05-21-2018 | S | -5326 | $ 17.0751 |
| 05-23-2018 | S | -8235 | $ 17.1372 |
| 05-23-2018 | S | -3871 | $ 17.1837 |
| 05-23-2018 | S | -3870 | $ 17.1716 |
| 07-12-2018 | S | -6404 | $ 17.3677 |
| 07-13-2018 | S | -5172 | $ 17.2751 |
| 07-13-2018 | S | -3917 | $ 17.3100 |
| 07-16-2018 | S | -2481 | $ 17.0212 |
| 07-17-2018 | S | -15666 | $ 16.9882 |
| 07-17-2018 | S | -14099 | $ 17.0122 |
| 07-18-2018 | S | -15665 | $ 17.3053 |
| 07-18-2018 | S | -3446 | $ 17.3245 |
| 07-19-2018 | S | -11661 | $ 17.5807 |
| 07-19-2018 | S | -6267 | $ 17.5725 |
| 08-16-2018 | P | 11097 | $ 17.2932 |
| 08-16-2018 | P | 11509 | $ 17.3979 |
| 10-17-2018 | S | -54039 | $ 16.9928 |
| 10-19-2018 | P | 324780 | $ 17.0600 |
| 11-19-2018 | P | 21327 | $ 14.9296 |
| 01-07-2019 | S | -49875 | $ 14.5140 |
| 02-07-2019 | S | -5154 | $ 14.2687 |
| 02-13-2019 | S | -26932 | $ 14.7264 |
| 02-14-2019 | S | -3242 | $ 14.8349 |
| 02-19-2019 | P | 3893 | $ 15.3995 |
| 04-01-2019 | S | -8029 | $ 15.6287 |
| 07-10-2019 | P | 8845 | $ 14.6600 |
| 07-10-2019 | P | 25310 | $ 14.7194 |
| 10-02-2019 | P | 16122 | $ 12.7795 |

| | | | |
|---|---|---|---|
| 10-03-2019 | P | 16205 | $ 12.7647 |
| 10-10-2019 | P | 3876 | $ 12.3734 |
| 11-11-2019 | P | 3007 | $ 12.0096 |
| 11-12-2019 | P | 6106 | $ 11.9352 |
| 11-19-2019 | P | 10896 | $ 11.0993 |
| 11-19-2019 | P | 10896 | $ 11.2206 |
| 12-05-2019 | P | 10896 | $ 11.4977 |
| 12-05-2019 | P | 10897 | $ 11.5599 |
| 12-06-2019 | S | -69090 | $ 11.5079 |
| 12-06-2019 | S | -8438 | $ 11.6000 |
| 02-25-2020 | S | -14193 | $ 11.4260 |
| 02-26-2020 | S | -24278 | $ 10.9301 |
| 02-26-2020 | S | -11774 | $ 11.0800 |
| 03-11-2020 | P | 33020 | $ 07.3306 |
| 03-11-2020 | P | 20619 | $ 07.2600 |
| 03-19-2020 | P | 16234 | $ 05.0880 |
| 03-27-2020 | S | -26647 | $ 04.6867 |
| 03-31-2020 | S | -61500 | $ 04.5368 |
| 04-17-2020 | S | -18949 | $ 05.9641 |
| 05-12-2020 | P | 46390 | $ 07.8558 |
| 05-13-2020 | P | 27262 | $ 07.1782 |
| 05-14-2020 | P | 9087 | $ 06.8161 |
| 05-19-2020 | P | 987 | $ 07.9400 |
| 05-27-2020 | P | 16034 | $ 08.3032 |
| 06-02-2020 | P | 16764 | $ 08.2602 |
| 06-09-2020 | P | 16295 | $ 09.1153 |
| 06-09-2020 | P | 16272 | $ 09.0131 |
| 06-10-2020 | P | 16539 | $ 08.7300 |
| 10-27-2020 | S | -10976 | $ 05.9650 |
| 10-27-2020 | S | -8537 | $ 05.9800 |
| 10-27-2020 | S | -55771 | $ 05.7367 |
| 11-02-2020 | S | -25702 | $ 05.0800 |
| 12-03-2020 | P | 23227 | $ 06.4300 |
| 04-12-2021 | P | 39148 | $ 08.0390 |
| 04-13-2021 | P | 39149 | $ 08.0004 |
| 04-26-2021 | P | 20009 | $ 08.2013 |
| 04-27-2021 | P | 6670 | $ 08.2276 |
| 06-22-2021 | S | -80290 | $ 10.8094 |
| 07-26-2021 | P | 15497 | $ 09.9697 |
| 12-06-2021 | P | 95630 | $ 08.1800 |
| 12-08-2021 | P | 30421 | $ 07.6500 |
| 12-08-2021 | P | 50611 | $ 08.6700 |
| 12-09-2021 | P | 13549 | $ 08.4400 |