## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE VEGA, On Behalf of Himself and All Others Similarly Situated, <br><br>            Plaintiffs, <br>     v. <br><br> ENERGY TRANSFER LP, KELCY L. WARREN, THOMAS E. LONG, MARSHALL S. MCCREA III, BRADFORD DICKERSON WHITEHURST, AND JOHN W. MCREYNOLDS <br><br>            Defendants. | Case No. 1:22-cv-4614-AKH <br><br> CLASS ACTION <br><br> **DECLARATION OF ANDREA FARAH IN SUPPORT OF MOTION OF MIKE VEGA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

I, Andrea Farah, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct:

1.     I am an attorney of the law firm Lowey Dannenberg, P.C. ("Lowey"), counsel on behalf of Movant Mike Vega ("Vega") and have personal knowledge of the facts set forth herein.

2.     I make this Declaration in Support of Motion of Mike Vega for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel in the above-captioned action (the "Action").

3.     Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Loss chart of Mike Vega;

Exhibit B:    Press release published over *Accesswire* on June 3, 2022, announcing the pendency of the Action;

Exhibit C:     Shareholder Certification executed by Mike Vega; and

Exhibit D:     Firm resume of Lowey Dannenberg, P.C.


I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.


Executed on August 2, 2022 at White Plains, New York.

/s/ Andrea Farah
Andrea Farah

2

## <u>CERTIFICATE OF SERVICE</u>

I, Andrea Farah, hereby certify that on August 2, 2022, I authorized a true and correct copy of the foregoing to be electronically filed with the clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Andrea Farah*
Andrea Farah