# EXHIBIT A

# Energy Transfer (ET)

**Class Period**: 04/13/2017 - 12/20/2021

| Name | Date Purchased | Security | Quantity | Security Price | Total Cost | Date Sold | Security | Quantity | Security Price | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mike Vega | 6/7/2021 | 6/25/21 $11 Call | 1 | $ 25.00 | $ 25.00 | 6/16/2021 | 6/25/21 $11 Call | 1 | $ 35.98 | $ 35.98 | $ 10.98 |
| Mike Vega | 6/7/2021 | 6/25/21 $11 Call | 1 | $ 25.00 | $ 25.00 | 6/17/2021 | 6/25/21 $11 Call | 1 | $ 41.98 | $ 41.98 | $ 16.98 |
| Mike Vega | 6/7/2021 | 6/25/21 $11 Call | 3 | $ 25.00 | $ 75.00 | 6/18/2021 | 6/25/21 $11 Call | 3 | $ 12.99 | $ 38.98 | $ - |
| Mike Vega | 6/7/2021 | 6/25/21 $11 Call | 33 | $ 25.00 | $ 825.00 | 6/25/2021 | 6/25/21 $11 Call | 33 | $ 1.00 | $ 32.93 | $ (792.07) |
| Mike Vega | 6/17/2021 | 6/25/21 $11 Call | 3 | $ 25.01 | $ 75.02 | 6/25/2021 | 6/25/21 $11 Call | 3 | $ 1.00 | $ 2.99 | $ (72.03) |
| Mike Vega | 6/17/2021 | 6/25/21 $11 Call | 4 | $ 13.00 | $ 52.00 | 6/25/2021 | 6/25/21 $11 Call | 4 | $ 1.00 | $ 3.99 | $ (48.01) |
| Mike Vega | 6/21/2021 | 6/25/21 $11 Call | 13 | $ 16.00 | $ 208.00 | 6/25/2021 | 6/25/21 $11 Call | 13 | $ 1.00 | $ 12.97 | $ (195.03) |
| Mike Vega | 6/21/2021 | 6/25/21 $11 Call | 8 | $ 16.00 | $ 128.00 | 6/25/2021 | 6/25/21 $11 Call | 8 | $ 1.00 | $ 7.98 | $ (120.02) |
| Mike Vega | 6/21/2021 | 6/25/21 $11 Call | 5 | $ 16.00 | $ 80.00 | 6/25/2021 | 6/25/21 $11 Call | 5 | $ 1.00 | $ 4.99 | $ (75.01) |
| Mike Vega | 6/21/2021 | 6/25/21 $11 Call | 4 | $ 16.00 | $ 64.00 | 6/25/2021 | 6/25/21 $11 Call | 4 | $ 1.00 | $ 3.99 | $ (60.01) |
| Mike Vega | 6/23/2021 | 6/25/21 $11 Call | 75 | $ 17.00 | $ 1,275.00 | 6/25/2021 | 6/25/21 $11 Call | 75 | $ 1.00 | $ 74.86 | $ (1,200.14) |
| Mike Vega | 6/23/2021 | 6/25/21 $11 Call | 1 | $ 17.00 | $ 17.00 | 6/25/2021 | 6/25/21 $11 Call | 1 | $ 1.00 | $ 1.00 | $ (16.00) |
| Mike Vega | 7/26/2021 | 7/30/21 $11 Call | 16 | $ 2.00 | $ 32.00 | 7/30/2021 | 7/30/21 $11 Call | 16 | $ - | $ - | $ (32.00) |
| Mike Vega | 7/26/2021 | 7/30/21 $11 Call | 10 | $ 1.00 | $ 10.00 | 7/30/2021 | 7/30/21 $11 Call | 10 | $ - | $ - | $ (10.00) |
| Mike Vega | 7/26/2021 | 7/30/21 $11 Call | 5 | $ 2.00 | $ 10.00 | 7/30/2021 | 7/30/21 $11 Call | 5 | $ - | $ - | $ (10.00) |
| Mike Vega | 7/26/2021 | 7/30/21 $11 Call | 5 | $ 2.00 | $ 10.00 | 7/30/2021 | 7/30/21 $11 Call | 5 | $ - | $ - | $ (10.00) |

| Mike Vega | 7/26/2021 | 7/30/21 $11 Call | 5 | $ 2.00 | $ 10.00 | 7/30/2021 | 7/30/21 $11 Call | 5 | $ - | $ - | $ (10.00) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mike Vega | 7/26/2021 | 7/30/21 $11 Call | 1 | $ 2.00 | $ 2.00 | 7/30/2021 | 7/30/21 $11 Call | 1 | $ - | $ - | $ (2.00) |
| Mike Vega | 7/26/2021 | 7/30/21 $11 Call | 1 | $ 2.00 | $ 2.00 | 7/30/2021 | 7/30/21 $11 Call | 1 | $ - | $ - | $ (2.00) |
| Mike Vega | 10/18/2021 | 10/22/21 $10.50 Call | 95 | $ 4.00 | $ 380.00 | 10/22/2021 | 10/22/21 $10.50 Call | 95 | $ - | $ - | $ (380.00) |
| Mike Vega | 10/29/2021 | 11/12/21 $10 Call | 22 | $ 11.00 | $ 242.00 | 11/12/2021 | 11/12/21 $10 Call | 22 | $ - | $ - | $ (242.00) |
| Mike Vega | 10/29/2021 | 11/12/21 $10 Call | 21 | $ 11.00 | $ 231.00 | 11/12/2021 | 11/12/21 $10 Call | 21 | $ - | $ - | $ (231.00) |
| Mike Vega | 10/29/2021 | 11/12/21 $10 Call | 6 | $ 11.00 | $ 66.00 | 11/12/2021 | 11/12/21 $10 Call | 6 | $ - | $ - | $ (66.00) |
| Mike Vega | 10/29/2021 | 11/12/21 $10 Call | 5 | $ 11.00 | $ 55.00 | 11/12/2021 | 11/12/21 $10 Call | 5 | $ - | $ - | $ (55.00) |
| Mike Vega | 10/29/2021 | 11/12/21 $10 Call | 3 | $ 11.00 | $ 33.00 | 11/12/2021 | 11/12/21 $10 Call | 3 | $ - | $ - | $ (33.00) |
| Mike Vega | 10/29/2021 | 11/12/21 $10 Call | 3 | $ 11.00 | $ 33.00 | 11/12/2021 | 11/12/21 $10 Call | 3 | $ - | $ - | $ (33.00) |
| Mike Vega | 10/29/2021 | 11/12/21 $10 Call | 1 | $ 11.00 | $ 11.00 | 11/12/2021 | 11/12/21 $10 Call | 1 | $ - | $ - | $ (11.00) |
| Mike Vega | 10/29/2021 | 11/12/21 $10 Call | 1 | $ 11.00 | $ 11.00 | 11/12/2021 | 11/12/21 $10 Call | 1 | $ - | $ - | $ (11.00) |
| Mike Vega | 10/29/2021 | 11/12/21 $10 Call | 1 | $ 11.00 | $ 11.00 | 11/12/2021 | 11/12/21 $10 Call | 1 | $ - | $ - | $ (11.00) |
| | | | | | | | | | | | |
| **Totals** | | | **352** | | **$ 3,998.02** | | | **352** | | **$ 262.64** | **$ (3,699.36)** |