# EXHIBIT 3

**Energy Transfer LP Loss Chart**
Class Period: April 13, 2017 through December 20, 2021

Lookback Price $9.5874

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Josephine Dameyer | 1/23/2019 | 19,061.62 | ($14.17) | ($270,103.16) | 4/14/2020 | 3,600.00 | $6.13 | $22,068.36 | | | |
| | 2/20/2019 | 373.50 | ($15.57) | ($5,813.78) | 4/15/2020 | 5,210.00 | $5.82 | $30,330.02 | | | |
| | 5/21/2019 | 395.29 | ($15.00) | ($5,927.72) | 9/9/2020 | 2,918.00 | $6.12 | $17,858.16 | | | |
| | 8/20/2019 | 8,403.00 | ($13.94) | ($117,137.82) | 9/22/2020 | 4,750.00 | $5.85 | $27,787.50 | | | |
| | 8/20/2019 | 300.00 | ($13.94) | ($4,180.50) | 10/1/2020 | 5,500.00 | $5.37 | $29,535.00 | | | |
| | 8/20/2019 | 2,067.00 | ($13.93) | ($28,793.31) | 1/11/2021 | 1,400.00 | $6.70 | $9,380.14 | | | |
| | 8/20/2019 | 435.60 | ($13.88) | ($6,048.29) | 1/21/2021 | 33,800.00 | $6.68 | $225,790.76 | | | |
| | 12/2/2019* | 832.36 | ($11.37) | ($9,465.98) | 1/21/2021 | 500.00 | $6.68 | $3,340.05 | | | |
| | 1/24/2020 | 15,400.00 | ($13.04) | ($200,816.00) | 1/29/2021 | 5,350.00 | $6.41 | $34,294.04 | | | |
| | 1/27/2020 | 25,500.00 | ($12.49) | ($318,495.00) | 4/7/2021 | 2,500.00 | $7.72 | $19,308.00 | | | |
| | 2/25/2020* | 1,771.91 | ($12.53) | ($22,194.35) | 4/21/2021 | 10.00 | $7.95 | $79.53 | | | |
| | 3/20/2020 | 3,500.00 | ($5.70) | ($19,950.00) | 4/21/2021 | 1,700.00 | $7.95 | $13,521.46 | | | |
| | 3/31/2020 | 10,960.00 | ($4.85) | ($53,156.00) | 5/24/2021 | 2,583.00 | $10.31 | $26,630.99 | | | |
| | 4/9/2020 | 2,000.00 | ($5.87) | ($11,740.00) | 6/24/2021 | 1,515.00 | $10.89 | $16,498.35 | | | |
| | 4/13/2020 | 2,500.00 | ($5.99) | ($14,968.50) | 7/21/2021 | 3,900.00 | $10.01 | $39,039.39 | | | |
| | 4/14/2020 | 7,500.00 | ($6.13) | ($45,950.25) | 8/4/2021 | 7,500.00 | $9.35 | $70,125.75 | | | |
| | 7/7/2020 | 7,810.00 | ($6.06) | ($47,328.60) | 8/24/2021 | 1,970.00 | $9.31 | $18,340.90 | | | |
| | 7/13/2020 | 6,000.00 | ($6.53) | ($39,180.00) | 9/15/2021 | 175.00 | $9.27 | $1,622.27 | | | |
| | 8/25/2020* | 4,917.80 | ($6.57) | ($32,330.08) | 9/15/2021 | 6,165.00 | $9.23 | $56,914.66 | | | |
| | 10/9/2020 | 2,250.00 | ($6.04) | ($13,590.00) | 9/24/2021 | 2,870.00 | $9.32 | $26,748.69 | | | |
| | 11/24/2020* | 2,772.18 | ($5.50) | ($15,250.01) | 9/24/2021 | 600.00 | $9.31 | $5,586.24 | | | |
| | 2/10/2021 | 500.00 | ($6.80) | ($3,399.95) | 10/29/2021 | 7,925.00 | $9.40 | $74,495.79 | | | |
| | 2/12/2021 | 500.00 | ($6.78) | ($3,390.00) | 10/29/2021 | 8,340.00 | $9.41 | $78,480.23 | | | |
| | 2/24/2021* | 1,374.07 | ($6.85) | ($9,412.64) | 12/6/2021 | 1,555.00 | $8.32 | $12,939.78 | | | |
| | 4/14/2021 | 310.00 | ($8.05) | ($2,494.20) | 12/6/2021 | 750.00 | $8.26 | $6,195.15 | | | |
| | 4/22/2021 | 3,000.00 | ($8.19) | ($24,565.80) | 12/6/2021 | 250.00 | $8.24 | $2,058.75 | | | |
| | 4/27/2021 | 1,804.00 | ($8.34) | ($15,037.96) | 12/6/2021 | 10,453.00 | $8.16 | $85,298.57 | | | |
| | 4/30/2021 | 1,000.00 | ($8.75) | ($8,750.00) | 1/31/2022 | 4,488.00 | $9.57 | $42,927.72 | | | |
| | 5/5/2021 | 1,200.00 | ($9.05) | ($10,857.00) | 2/3/2022 | 3,400.00 | $10.05 | $34,173.40 | | | |
| | 5/7/2021 | 1,000.00 | ($9.46) | ($9,460.00) | 2/4/2022 | 5,899.00 | $10.30 | $60,759.70 | | | |
| | 5/7/2021 | 2,000.00 | ($9.84) | ($19,680.00) | 3/16/2022 | 9,477.00 | $9.76 | $92,496.47 | | | |
| | 5/25/2021* | 1,062.10 | ($10.08) | ($10,705.55) | 4/18/2022 | 600.00 | $11.46 | $6,873.00 | | | |
| | 6/9/2021 | 1,322.00 | ($11.03) | ($14,575.05) | 4/18/2022 | 7,740.00 | $11.45 | $88,623.00 | | | |
| | 8/20/2021* | 924.45 | ($9.42) | ($8,705.68) | 4/18/2022 | 7,560.00 | $11.44 | $86,486.40 | | | |
| | 8/25/2021 | 795.00 | ($9.53) | ($7,572.38) | 4/18/2022 | 117.00 | $11.58 | $1,354.28 | | | |
| | 8/30/2021 | 750.00 | ($9.53) | ($7,147.50) | | | | | | | |
| | 9/2/2021 | 1,180.00 | ($9.64) | ($11,371.66) | | | | | | | |
| | 9/2/2021 | 550.00 | ($9.68) | ($5,321.25) | | | | | | | |
| | 9/3/2021 | 300.00 | ($9.67) | ($2,901.00) | | | | | | | |
| | 9/23/2021 | 346.00 | ($9.49) | ($3,285.03) | | | | | | | |
| | 9/23/2021 | 490.00 | ($9.50) | ($4,652.55) | | | | | | | |
| | 9/23/2021 | 123.00 | ($9.50) | ($1,167.96) | | | | | | | |
| | 9/23/2021 | 64.00 | ($9.49) | ($607.66) | | | | | | | |
| | 9/23/2021 | 20.00 | ($9.50) | ($189.91) | | | | | | | |
| | 9/27/2021 | 1,580.00 | ($9.69) | ($15,317.94) | | | | | | | |
| | 9/27/2021 | 910.00 | ($9.69) | ($8,813.35) | | | | | | | |
| | 9/27/2021 | 603.00 | ($9.70) | ($5,846.09) | | | | | | | |
| | 9/27/2021 | 115.00 | ($9.63) | ($1,107.35) | | | | | | | |
| | 9/27/2021 | 111.00 | ($9.63) | ($1,068.43) | | | | | | | |
| | 10/1/2021 | 531.00 | ($9.85) | ($5,228.39) | | | | | | | |
| | 10/4/2021 | 1,752.00 | ($10.02) | ($17,547.68) | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/5/2021 | 1,625.00 | ($10.17) | ($16,526.25) | | | | | |
| 10/5/2021 | 1,850.00 | ($10.13) | ($18,733.66) | | | | | |
| 10/5/2021 | 1,000.00 | ($10.12) | ($10,115.00) | | | | | |
| 10/11/2021 | 600.00 | ($10.05) | ($6,030.00) | | | | | |
| 10/11/2021 | 1,500.00 | ($10.07) | ($15,104.85) | | | | | |
| 10/14/2021 | 1,000.00 | ($10.04) | ($10,040.00) | | | | | |
| 10/15/2021 | 700.00 | ($10.00) | ($6,996.50) | | | | | |
| 10/15/2021 | 700.00 | ($10.04) | ($7,030.31) | | | | | |
| 10/18/2021 | 1,000.00 | ($10.16) | ($10,155.00) | | | | | |
| 10/19/2021 | 600.00 | ($10.10) | ($6,060.00) | | | | | |
| 11/1/2021 | 980.00 | ($9.75) | ($9,550.10) | | | | | |
| 11/1/2021 | 562.00 | ($9.77) | ($5,487.93) | | | | | |
| 11/1/2021 | 380.00 | ($9.79) | ($3,719.93) | | | | | |
| 11/1/2021 | 456.00 | ($9.81) | ($4,471.08) | | | | | |
| 11/1/2021 | 250.00 | ($9.81) | ($2,451.25) | | | | | |
| 11/1/2021 | 198.00 | ($9.81) | ($1,941.39) | | | | | |
| 11/1/2021 | 900.00 | ($9.92) | ($8,923.50) | | | | | |
| 11/1/2021 | 400.00 | ($9.92) | ($3,966.28) | | | | | |
| 11/23/2021* | 909.31 | ($9.15) | ($8,324.50) | | | | | |
| | **166,577.18** | | **($1,678,226.83)** | **163,070.00** | **$1,367,962.48** | **3,507.18** | **$33,624.63** | **($276,639.72)** |

*Reflects reinvested dividend