UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ──────────────────────── x | | |
| MIKE VEGA, On Behalf of Himself and All Others Similarly Situated, | : : : | Civil Action No. 1:22-cv-04614-AKH |
| Plaintiff, | : : : | CLASS ACTION |
| vs. | : : : | DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |
| ENERGY TRANSFER LP, KELCY L. WARREN, THOMAS E. LONG, MARSHALL S. MCCREA III, BRADFORD DICKERSON WHITEHURST, AND JOHN W. MCREYNOLDS, | : : : : : : : | |
| Defendants. | : : | |
| ──────────────────────── x | | |

4871-7818-6284.v1

I, DAVID A. ROSENFELD, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for New Mexico State Investment Council and Public Employees Retirement Association of New Mexico (the "New Mexico Funds") and proposed lead counsel for the class in the above-captioned securities class action.  I make this declaration in support of the New Mexico Funds' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit 1:    Notice of pendency of class action published in *Accesswire*, a national business-oriented wire service, on June 3, 2022;

Exhibit 2:    The New Mexico Funds' Sworn Certifications;

Exhibit 3:    Chart of the New Mexico Funds' estimated losses, prepared by counsel; and

Exhibit 4:    Declaration of Brian McMath in Support.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 2nd day of August, 2022, at Melville, New York.

_____
*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

- 1 -

4871-7818-6284.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 2, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

Email:  drosenfeld@rgrdlaw.com

4871-7818-6284.v1

Case 3:22-cv-02735-L    Document 24    Filed 08/02/22    Page 4 of 4    PageID 330

# Mailing Information for a Case 1:22-cv-04614-AKH Vega v. Energy Transfer LP et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam M. Apton**
  aapton@zlk.com,jtash@zlk.com,hakulp@zlk.com

- **Andrea Farah**
  afarah@lowey.com,jpedersen@lowey.com,8091312420@filings.docketbird.com,rgupta@lowey.com,agreco@lowey.com,ylu@lowey.com

- **Phillip C. Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)