# EXHIBIT 4

DocuSign Envelope ID: 1F367531-31FA-413D-A2F4-CFDDCE736643

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| MIKE VEGA, On Behalf of Himself and All Others Similarly Situated, | : | Civil Action No. 1:22-cv-04614-AKH |
|  | : |  |
| Plaintiff, | : | CLASS ACTION |
|  | : |  |
| vs. | : | DECLARATION OF BRIAN MCMATH IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |
| ENERGY TRANSFER LP, KELCY L. WARREN, THOMAS E. LONG, MARSHALL S. MCCREA III, BRADFORD DICKERSON WHITEHURST, AND JOHN W. MCREYNOLDS, | : |  |
|  | : |  |
| Defendants. | : |  |

4860-0156-7532.v1

DocuSign Envelope ID: 1F367531-31FA-413D-A2F4-CFDDCE736643

I, BRIAN MCMATH, pursuant to 28 U.S.C. §1746, declare as follows:

1.    I am a member of the bar of the State of New Mexico and am the Assistant Attorney General for the Office of the Attorney General of the State of New Mexico.  I respectfully submit this declaration in support of New Mexico State Investment Council ("NMSIC") and Public Employees Retirement Association of New Mexico's ("PERA" and together with NMSIC, the "New Mexico Funds") Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.

2.    The NMSIC is a State agency that administers New Mexico's $34 billion permanent endowment.  PERA is a State agency that administers $18 billion in retirement funds for the benefit of New Mexico employees.

3.    The Attorney General for the State of New Mexico is statutorily authorized to provide counsel to the State's agencies, including the NMSIC.  Pursuant to State law, the Attorney General has the discretion to initiate or participate in litigation on behalf of the State and its agencies.  The Office of the Attorney General provides counsel to the State's agencies, including the NMSIC, and will actively monitor and remain informed about the status of this case.

4.    The Attorney General for the State of New Mexico is authorized to enter into contracts with outside counsel to represent the State of New Mexico in matters the Attorney General deems necessary to have the assistance of counsel with particular experience and expertise.  The Attorney General has designated Robbins Geller Rudman & Dowd LLP as counsel for the New Mexico Funds in this action for all purposes.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 2nd day of August, 2022.

DocuSigned by:

2EA2D0622B404C7...

BRIAN MCMATH
Assistant Attorney General
Office of the Attorney General, State of New Mexico