### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE ENERGY TRANSFER
SECURITIES LITIGATION

Civil Action No. 1:22-cv-04614-AKH

### NOTICE OF DEFENDANTS' MOTION TO
### TRANSFER VENUE TO THE NORTHERN DISTRICT OF TEXAS

PLEASE TAKE NOTICE that Defendants Energy Transfer LP, Kelcy L. Warren, Thomas

E. Long, Marshall S. McCrea III, Bradford Dickerson Whitehurst, John W. McReynolds, and

Matthew S. Ramsey, by and through undersigned counsel, hereby move the Court for an order

transferring this action, and all subsequently filed related actions, to the United States District

Court for the Northern District of Texas, Dallas Division, pursuant to 28 U.S.C. § 1404.  The

motion will be heard by the Honorable Alvin K. Hellerstein, United States District Judge for the

United States District Court for the Southern District of New York, in Courtroom 14D of the

United States Courthouse at 500 Pearl Street, New York, NY 10007, at a time to be determined by

the Court.

In support of their motion to transfer venue pursuant to section 1404(a), Defendants rely

on their Memorandum of Law in Support of Defendants' Motion To Transfer Venue to the

Northern District of Texas and the Declaration of Brent Ratliff, submitted concurrently herewith,

and on the pleadings and proceedings in this case.  Counsel for Defendants met and conferred with

Counsel for Plaintiffs on August 18, 2022, but Plaintiffs would not agree to move the case to the

Northern District of Texas, Dallas Division.  Defendants hereby request that the Court transfer the

action to the Northern District of Texas, Dallas Division in the interests of justice and for the

convenience of the parties and witnesses.

Dated:  October 7, 2022

VINSON & ELKINS LLP

  */s/ Christopher E. Duffy*
Christopher E. Duffy
1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 237-0000
cduffy@velaw.com

Michael Holmes (*pro hac vice* application forthcoming)
Craig E. Zieminski (*pro hac vice* application forthcoming)
Robert Ritchie (*pro hac vice* application forthcoming)
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Tel: (214) 220-7700
Fax: (214) 220-7716
mholmes@velaw.com
czieminski@velaw.com
rritchie@velaw.com

*Attorneys for Defendants*

2

US 9191611