IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE ENERGY TRANSFER
SECURITIES LITIGATION

Civil Action No. 1:22-cv-04614-AKH

## DECLARATION OF BRENT RATLIFF

I, Brent Ratliff, pursuant to 28 U.S.C. §1746, declare follows:

1.     My name is Brent Ratliff. I submit this declaration in support of Defendants' Motion to Transfer Venue to the Northern District of Texas, Dallas Division. I have personal knowledge of the facts set forth in this Declaration.

2.     Energy Transfer LP ("Energy Transfer") is a midstream oil and gas limited partnership that maintains its corporate headquarters in Dallas, Texas. Energy Transfer's general partner, LE GP, LLC ("General Partner"), manages and directs Energy Transfer's activities. The officers and directors of Energy Transfer are officers and directors of the General Partner.

3.     I am the Vice President of Investor Relations at Energy Transfer. The investor relations department is based in Dallas. I work and reside in Dallas.

4.     Energy Transfer's two largest offices are in Dallas and Houston, Texas.

5.     Thomas Long and Marshall (Mackie) McCrea, III are Co-Chief Executive Officers of the General Partner. Mr. Long works at the Dallas headquarters and resides in Frisco, Texas, a suburb of Dallas. Mr. McCrea works at Energy Transfer's San Antonio and Dallas offices and resides in San Antonio.

1

BR

6.    Kelcy Warren is the Executive Chairman of the General Partner's Board of Directors, and during some of the alleged class period, served as Chief Executive Officer of the General Partner. Mr. Warren works at the Dallas headquarters and has a residence in Dallas.

7.    John McReynolds is a director of the General Partner, and during some of the alleged class period, served as President of the General Partner. Mr. McReynolds works at the Dallas headquarters and resides in Dallas.

8.    Bradford Whitehurst is the Chief Financial Officer of the General Partner. Mr. Whitehurst works at the Dallas headquarters and resides in Dallas.

9.    Many other executives and high-ranking employees of the General Partner also work and reside in Dallas.

10.    Every press release or SEC filing challenged in the Complaint was principally drafted and approved in Texas and issued from Energy Transfer's corporate headquarters in Dallas. Dallas is where most of the witnesses who would have knowledge as to Energy Transfer's public statements and disclosures work and reside.

BR

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, Texas on August 23, 2022.

Brent Ratliff

3